**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**JOHN HERZOG, on behalf of**
**himself and on behalf of all others**
**similarly situated,**

      **Plaintiff,**

**v.**                       **Case No.: 0:25-cv-62006-MD**

**ATKINSON CONSULTING, LLC and**
**FLUOR FEDERAL SERVICES, INC.,**

      **Defendants.**

_____/

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Pursuant to S.D. Fla. Local Rule 11.1(d)(3)(A), the Law Firm of Wenzel Fenton Cabassa, P.A. and its attorneys, Luis A. Cabassa, Brandon J. Hill, and Amanda E. Heystek (collectively "WFC"), and Edelson Lechtzin LLP, and its attorney, Eric Lechtzin (hereinafter "Edelson Lechtzin"), respectfully hereby file this motion to withdraw as counsel for Plaintiff, John Herzog, in this action.  In support thereof, WFC and Edelson Lechtzin state as follows:

### SUPPORTING FACTS

1.      Rule 4-1.16 of the Rules Regulating the Florida Bar permits withdrawal when good cause exists and requires counsel to protect the client's interests upon termination of the representation.

2.      The comments to Rule 4-1.16 state that "The court may request an explanation for the withdrawal, while the lawyer may be bound to keep confidential the facts that would constitute such an explanation. The lawyer's statement that professional considerations require termination of the representation ordinarily should be accepted as sufficient."

1

3.     Professional considerations require termination of the representation in this matter.

4.     Counsel cannot provide further details without risking disclosure of attorney-client communications, attorney work product, or information that could prejudice Mr. Herzog in this litigation. If the Court requires additional information, counsel requests leave to provide it in camera or under seal.

5.     Withdrawal will not materially prejudice Mr. Herzog. This case is not on the eve of trial or any other critical proceeding. Trial is not scheduled until December 2026. The discovery deadline is July 31, 2026, and mediation is set for July 14, 2026.

6.     Given the present posture and the time remaining before trial, Mr. Herzog has a fair opportunity to secure substitute counsel without delaying the case or impairing his ability to prosecute his claims.

7.     Because professional considerations require termination of the representation, and because withdrawal will not materially prejudice Mr. Herzog, undersigned counsel respectfully requests that the Court permit WFC and Edelson Lechtzin to withdraw as counsel for Plaintiff.

8.     Prior to filing this motion, the undersigned counsel provided Mr. Herzog and opposing counsel with the requisite notice of intent to withdraw as required by S.D. Fla. Local Rule 11.1(d)(3)(A).  Finally, below the undersigned is providing to the Court contact information for Mr. Herzog to ensure he receives by mail copies of future filings, briefs, etc.

9.     Mr. Herzog's most recent mailing address is 7940 Front Beach Rd. #144, Panama City, Florida 32407.

10.     A proposed Order is attached hereto as Exhibit A.

### CERTIFICATE OF COMPLIANCE WITH S.D. FLA. L.R. 7.1(a)(3)

Pursuant to S.D. Fla. L.R. 7.1(a)(3), prior to filing this motion undersigned counsel

2

conferred with Defendants' counsel and Defendants have no objection to the relief sought in this motion.  Mr. Herzog opposes the undersigned's withdrawal.

*WHEREFORE*, for the reasons set forth herein, the undersigned counsel respectfully requests that this Court permit Luis A. Cabassa, Brandon J. Hill, and Amanda E. Heystek, along with their law firm Wenzel Fenton Cabassa, P.A., as well as Edelson Lechtzin, and its attorney, Eric Lechtzin, to withdraw as counsel for Plaintiff.

Dated this 18th day of May, 2026.

Respectfully submitted,

/s/ Brandon J. Hill
**BRANDON J. HILL**
Florida Bar Number: 37061
**LUIS A. CABASSA**
Florida Bar Number: 0053643
**AMANDA E. HEYSTEK**
Florida Bar Number: **0285020**
**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Ave., Suite 300
Tampa, Florida 33602
Direct: 813-337-7992
Main: 813-224-0431
Facsimile: 813-229-8712
Email: bhill@wfclaw.com
Email: lcabassa@wfclaw.com
Email: aheystek@wfclaw.com

Eric Lechtzin (SBN 248958)
(*pro hac vice*)
**EDELSON LECHTZIN LLP**
411 South State Street, Suite N-300
Newtown, PA 18940
Telephone: (215) 867-2399, Ext. 1
Email: elechtzin@edelson-law.com

*Attorneys for Plaintiff*

3

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on this 18th day of May, 2026, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will serve all counsel of record. I further certify that a true and correct copy of this motion and the proposed order were provided to Mr. Herzog by email and by U.S. Mail.

                                         */s/ Brandon J. Hill*
                                         **BRANDON J. HILL**