**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-62006-DAMIAN/STRAUSS**

**JOHN HERZOG,**

> Plaintiff,

v.

**ATKINSON CONSULTING, LLC, *et al.*,**

> Defendants.

_____/

**<u>ORDER</u>**

THIS MATTER came before the Court for a hearing on May 26, 2026, upon the Motion to Withdraw as Counsel for Plaintiff ("Motion") [DE 50].  As explained in further detail on the record at the hearing, the Court finds that good cause exists for counsel's withdrawal and that withdrawal can be accomplished without material adverse effects on the interests of Plaintiff, especially if Plaintiff is given 30 days to find new counsel.  Accordingly, for the reasons stated on the record at the hearing, it is **ORDERED** and **ADJUDGED** that:

1. The Motion [DE 50] is **GRANTED**.

2. Attorneys Luis A. Cabassa, Brandon J. Hill, Amanda E. Heystek, and Eric Lechtzin, and the law firms of Wenzel Fenton Cabassa, P.A. and Edelson Lechtzin LLP, are relieved of all further responsibility as counsel for Plaintiff in this matter.  Notwithstanding the foregoing, by **May 28, 2026**, withdrawing counsel shall provide a copy of this Order to Plaintiff via mail and email and file a notice of compliance.  The Clerk should not terminate Plaintiff's attorneys from this case until they file the notice of compliance.

3. By **June 25, 2026**: (a) Plaintiff, John Herzog, shall file a notice stating that he intends to proceed *pro se* in this action; or (b) Plaintiff shall retain new counsel, and new counsel

shall file a notice of appearance in this action on behalf of Plaintiff.  If neither of the foregoing occurs by June 25, 2026, then this action may be dismissed without further notice.

4.      Until new counsel for Plaintiff appears in this action, all court papers shall be mailed to Plaintiff at 7940 Front Beach Rd. #144, Panama City, Florida 32407.

5.      This case shall be **STAYED** until June 25, 2026 (or until new counsel appears for Plaintiff, if sooner).

**DONE AND ORDERED** in Fort Lauderdale, Florida this 26th day of May 2026.

_____
Jared M. Strauss
**United States Magistrate Judge**

2